UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. 5:23-cv-02003-SHK | Date: December 6, 2023 |
| Title: *Dennis Cooper v. Sister My Sister, Inc. et al.* | |

Present: The Honorable Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER VACATING HEARINGS AND DEADLINES AND ADMINISTRATIVELY CLOSING CASE**

On December 4, 2023, the Court received a Notice of Settlement ("Settlement Notice") from Plaintiff Dennis Cooper ("Plaintiff"), wherein, the parties represent that they have settled the entire case. Electronic Case Filing Number ("ECF No.") 11, Settlment Notice at 1. Plaintiff requests that the Court grant thirty days from the date of the filling to file dispositional documents and complete the settlement. Id.

Accordingly, the Court ORDERS that that: (1) all hearings and deadlines be **VACATED**; (2) in the interest of judicial economy, the action be **ADMINISTRATIVELY CLOSED**; and (3) Plaintiff file an executed Stipulation of Dismissal of the entire action with prejudice once the settlement agreement is executed between the parties, but no later than thirty days from the date of this order, with the understanding that Plaintiff may move to re-open the case if the first payment is not made pursuant to the settlement agreement. The Court retains full jurisdiction to vacate this Order and reopen this action within thirty days of this Order upon request. Such a request must be supported by a showing of good cause why the settlement cannot be completed within the thirty day period, and explain what further settlement processes are necessary and when the party or parties reasonably expect the process to be concluded.

The Court expects the parties to finalize their settlement or to move to reopen the case for prosecution within the next thirty days as ordered above. Should the parties file any document that contains a request to extend the deadline for purposes of completing the settlement, counsel for both parties shall submit, **at least seven days before the deadline**, a declaration with a detailed timeline of all the efforts made to complete the settlement. The Court may hold a status

conference with the parties regarding why the settlement could not be completed in the time allowed.

This Order does not preclude the filing of a notice of dismissal by Plaintiff or a joint stipulation of dismissal with prejudice, neither of which requires the approval of the Court. See Fed. R. Civ. P. 41(a)(1)(A).

**IT IS SO ORDERED.**